**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**KEVA CHESTER, individually, and DURON STEPHENS, individually,**

*Plaintiffs*,

v.

**UNITED STATES OF AMERICA,**

*Defendant*.
_________________________________/

**CASE NO. 1:25-cv-25670-KMM**

# JOINT NOTICE OF SETTLEMENT

Plaintiffs Keva Chester, Duron Stephens and Defendant United States of America, through undersigned counsel and pursuant to Southern District of Florida Local Rule 16.4, jointly notify the Court that the parties have reached a settlement resolving all claims asserted in this action.

The parties are completing the acts necessary to consummate the settlement. In accordance with their written settlement agreement, the parties will timely file a stipulated dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing its own fees, costs, and expenses.

Dated: September 21, 2026.

JOINTLY SUBMITTED,

**BARZAKAY LAW FIRM**
4151 Hollywood Boulevard
Hollywood, Florida 33021
Telephone: (954) 367-1818
Email: jorgec@barzakaylaw.com

By: */s/ Jorge A. Calil*
**JORGE A. CALIL, ESQ.**
Florida Bar No. 685321
Counsel for Plaintiff

**JASON A. REDING QUINONES**
**UNITED STATES ATTORNEY**

By: */s/ Lair A. Hall*
**LAIR A. HALL, ESQ.**
Assistant United States Attorney
Florida Bar No. 125018
Counsel for Defendant