**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-CV-25670-JTK**

KEVA CHESTER and
DURON STEPHENS,
individuals,

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

_________________________________/

# JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Keva Chester and Duron Stephens and Defendant United States of America, through their respective counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), having amicably resolved all claims between them, jointly stipulate to the dismissal of this action with prejudice and with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

*/s/ Lair A. Hall*
Lair A. Hall
Assistant United States Attorney
U.S. Attorney's Office
Southern District of Florida
500 East Broward Blvd, Suite 700
Fort Lauderdale, Florida 33394
(954) 660-5672
Lair.Hall@usdoj.gov
*Counsel for Defendant*

*/s/ Jorge A. Calil*
Jorge A. Calil, Esq
Barzakay Law Firm
Florida Bar No. 685321
4151 Hollywood Blvd.
Hollywood, Fl 33021
E-mail: jorgec@barzakaylaw.com
jahne@barzakaylaw.com
*Counsel for Plaintiff*